# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>v.<br><br>CHERIE A. MORRIS,<br><br>             Defendant. | Case No. 1:14-cr-00254-SAB<br><br>**DEFENDANT'S STATUS REPORT ON**<br>**UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

**Convicted of:**          Theft of public money, a violation of 18 U.S.C. § 641

**Sentence Date:**         March 5, 2015

**Review Hearing Date:**   September 3, 2015

**Probation Expires On:**  March 3, 2017

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $7,078.00, which Total Amount is made up of a Fine: $ 1,000.00; Special Assessment: $ 25.00; Processing Fee: $ 0.00; Restitution: $ 6,053.00.

☒ Payment schedule of $ 100.00 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

*COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

   **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

   If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 400.00
   ☒ If not paid in full when was last time payment:     Date: 7/15/2015
                                                         Amount: $100.00

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: /s/Bayleigh J. Pettigrew

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/3/2015 at 10:00 a.m.

    ☒ be continued to 9/1/2016 at 10:00 a.m.; or

    ☐ be vacated.

☒ or, alternatively, that Defendant's appearance for the review hearing be waived.

Defendant has fully complied with the terms of her unsupervised probation. In the Judgment, she was ordered to make monthly payments of $100.00. Defendant has made each monthly payment in accordance with the payment schedule.

DATED: 8/18/2015   /s/ Erin Snider
DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED in part. The Court orders that the Review Hearing set for September 3, 2015 at 10:00 a.m. be continued to April 7, 2016 at 10:00 a.m. Defendant is ordered to file a status report 14 days prior to the continued hearing.

☐ DENIED.

DATED: **Aug 19, 2015**

**STANLEY A. BOONE**
United States Magistrate Judge