# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-00254-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| CHERIE A. MORRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

**Convicted of:** Theft of public money, a violation of 18 U.S.C. § 641

**Sentence Date:** March 5, 2015

**Review Hearing Date:** April 7, 2016

**Probation Expires On:** March 3, 2017

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $7,078.00, which Total Amount is made up of a Fine: $ 1,000.00; Special Assessment: $ 25.00; Processing Fee: $ 0.00; Restitution: $ 6,053.00.

☒ Payment schedule of $ 100.00 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

### COMPLIANCE:

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 1,200.00
☒ If not paid in full when was last time payment:  Date: 3/16/2016
Amount: $100.00

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

### GOVERNMENT POSITION:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: */s/ Katherine A. Plante*

### *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/7/2016 at 10:00 a.m.

    ☒ be continued to 2/23/2017 at 10:00 a.m.; or

    ☐ be vacated.

☒ or, alternatively, that Defendant's appearance for the review hearing be waived.


DATED: 3/24/2016                    */s/ Megan T. Hopkins*
                                                        DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing set for April 7, 2016 at 10:00 a.m. be continued to November 3, 2016 at 10:00 a.m.  Defendant is ordered to file a status report 14 days prior to the review hearing

☐ DENIED.

IT IS SO ORDERED.

Dated:  **March 29, 2016**                    _____
                                                      UNITED STATES MAGISTRATE JUDGE