IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>CHERIE A. MORRIS,<br><br>        Defendant. | Case No. 1:14-cr-00254-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

    PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

    **Convicted of:**    Theft of public money, a violation of 18 U.S.C. § 641

    **Sentence Date:**    March 5, 2015

    **Review Hearing Date:**    April 7, 2016

    **Probation Expires On:**    March 3, 2017

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $7,078.00, which Total Amount is made up of a Fine: $ 1,000.00; Special Assessment: $ 25.00; Processing Fee: $ 0.00; Restitution: $ 6,053.00.

☒     Payment schedule of $ 100.00 per month by the 15th of each month.

☐     **Community Service hours Imposed of:**

☐     **Other Conditions:**

*COMPLIANCE:*

☐     Defendant has complied with and completed <u>all</u> conditions of probation described above.

    **Otherwise:**

☒     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒     To date, Defendant has paid a total of $ 3,675.00
       ☒ If not paid in full when was last time payment:    Date: 10/16/2016
                                                                                Amount: $100.00

☐     To date, Defendant has performed Click here to enter text. hours of community service.

☐     Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: */s/ Michael Tierney*

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/3/2016 at 10:00 a.m.

  ☒ be continued to 2/16/2017 at 10:00 a.m.; or

  ☐ be vacated.

☒ or, alternatively, that Defendant's appearance for the review hearing be waived.

DATED:  10/25/2016           */s/ Megan T. Hopkins*
                             DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing set for November 3, 2016 at 10:00 am be continued to February 16, 2017 at 10:00 am.  Defendant is ordered to appear and ordered to file a probation status report 14 days prior to the hearing

☐ DENIED.

IT IS SO ORDERED.

Dated:  **October 28, 2016**

UNITED STATES MAGISTRATE JUDGE