# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>CHERIE A. MORRIS,<br><br>　　　　　Defendant. | ) Case No. 1:14-cr-00254-SAB<br>)<br>) **DEFENDANT'S STATUS REPORT ON**<br>) **UNSUPERVISED PROBATION**<br>)<br>)<br>)<br>)<br>) |

　　　　PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

　　　　**Convicted of:**　　　　Theft of public money, a violation of 18 U.S.C. § 641

　　　　**Sentence Date:**　　　　March 5, 2015

　　　　**Review Hearing Date:**　　　　February 16, 2017

　　　　**Probation Expires On:**　　　　March 3, 2017

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒　　**Obey all federal, state and local laws**; and

☒　　**Monetary Fines & Penalties in Total Amount of:** $7,078.00, which Total Amount is made up of a Fine: $ 1,000.00; Special Assessment: $ 25.00; Processing Fee: $ 0.00; Restitution: $ 6,053.00.

☒　　Payment schedule of $ 100.00 per month by the 15th of each month.


### *COMPLIANCE:*

☐　　Defendant has complied with and completed <u>all</u> conditions of probation described above.

　　　　**Otherwise:**

☒　　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

\*\*\*　　Defendant was cited with driving with a suspended license in 2015, however, she was not aware of the suspension at the time she was driving. Defendant resolved the citation and had her license restored soon thereafter. A copy of her valid driver's license is attached to this report.

☒　　To date, Defendant has paid a total of $ 4,375.00
　　　　☒ If not paid in full when was last time payment:　　Date: 1/17/2017
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Amount: $100.00

*GOVERNMENT POSITION:*

☐ The Government agrees to the above-described compliance.

☒ The Government disagrees with the following area(s) of compliance: The defendant's DMV record indicates a failure to appear on September 18, 2015, in relation to a citation charging her with a violation of California Vehicle Code Section 12951(a), driving without a valid license

    Government Attorney: */s/* Michael G. Tierney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 2/16/2017 at 10:00 a.m.

    ☒ be continued to 8/17/2017 at 10:00 a.m.; or

    ☐ be vacated.

☒ or, alternatively, that Defendant's appearance for the review hearing be waived.

DATED: 1/18/2017            */s/ Megan T. Hopkins*
                                                  DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☒ DENIED.

IT IS SO ORDERED.

Dated: **February 9, 2017**

                                                         UNITED STATES MAGISTRATE JUDGE