HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
CHERIE A. MORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00254 SAB |
| Plaintiff, | STIPULATION AND ORDER FOR MODIFICATION (EXTENSION) OF PROBATION PURSUANT TO 18 U.S.C. §§ 3563(c) and 3564(d) |
| vs. | |
| CHERIE A. MORRIS, | |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney Michael S. Tierney, counsel for plaintiff, and Megan T. Hopkins, Assistant Federal Defender, counsel for Defendant, that the probation period now scheduled to end on March 3, 2017 may be extended for a period of 12 months to March 3, 2018.  The parties move for this modification (extension) pursuant to 18 U.S.C. §§ 3563(c) and 3564(d).

The Defendant was sentenced by this Court on March 5, 2015 to 24 months unsupervised probation with the conditions of probation: 1) to pay a total monetary penalty of $7,078.00; and 2) to obey all federal, state and local laws.

This extension of probation is requested by the parties so Defendant can complete payment of the monetary penalty, of which $4,375.00 has already been paid.  Defendant has

made payments of $100.00 each month as agreed at the time of sentencing, and has paid more whenever she has been able, but due to the amount originally owed still requires more time to complete payment.

WHEREFORE, the parties hereby request that the Defendant's probation be extended to March 3, 2018 pursuant to 18 U.S.C. §§ 3563(c) and 3564(d).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: February 24, 2017      By:   */s/ Michael S. Tierney*
                                    MICHAEL S. TIERNEY
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    HEATHER E. WILLIAMS
                                    Federal Defender

DATED: February 24, 2017      By:   */s/ Megan T. Hopkins*
                                    MEGAN T. HOPKINS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CHERIE A. MORRIS

**O R D E R**

Good cause appearing and pursuant to the stipulation of parties, the Court hereby extends the Defendant's period of probation for 12 additional months to March 3, 2018. All other conditions of probation shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **February 24, 2017**

_____
UNITED STATES MAGISTRATE JUDGE