| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | CHERIE A. MORRIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-00254 SAB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR |
| | ) | MODIFICATION (EXTENSION) OF |
| vs. | ) | PROBATION PURSUANT TO 18 U.S.C. §§ |
| | ) | 3563(c) and 3564(d) |
| CHERIE A. MORRIS, | ) | |
| | ) | |
| Defendant. | ) | JUDGE: Hon. Stanley A. Boone |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for plaintiff, and Megan T. Hopkins, Assistant Federal Defender, counsel for Defendant, that the probation period now scheduled to end on March 3, 2018 may be extended to June 21, 2018 and that the review hearing scheduled for January 18, 2018 be continued to June 7, 2018.  The parties move for this modification (extension) pursuant to 18 U.S.C. §§ 3563(c) and 3564(d).

On March 5, 2015, the Court sentenced Ms. Morris to 24 months unsupervised probation with the conditions of probation: 1) to pay a total monetary penalty of $7,078.00; and 2) to obey all federal, state and local laws.

This extension of probation is requested by the parties so Ms. Morris can complete payment of the monetary penalty.  Ms. Morris has made regular payments as agreed at the time

of sentencing, and has paid more whenever she has been able, but due to the amount originally owed still requires more time to complete payment. Ms. Morris currently owes $1,268.00 in financial obligations. She anticipates meeting this obligation and having the amount ordered paid in full by early March 2018.

WHEREFORE, the parties hereby request that the Defendant's probation be extended to June 21, 2018 pursuant to 18 U.S.C. §§ 3563(c) and 3564(d).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: January 2, 2018     By:    */s/ Darin Rock*
DARIN ROCK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: January 2, 2018     By:    */s/ Andrew Wong*
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
CHERIE A. MORRIS

## **O R D E R**

Good cause appearing and pursuant to the stipulation of parties, the Court hereby extends the Defendant's period of probation to June 21, 2018. The January 18, 2018 review hearing is also continued to June 7, 2018. All other conditions of probation shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **January 3, 2018**

_____
UNITED STATES MAGISTRATE JUDGE