# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:14-cr-00254-SAB |
|---|---|
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S STATUS REPORT ON** |
| | ) **PROBATION** |
| CHERIE MORRIS, | ) |
| Defendant. | ) |

PURSUANT to an order of this Court the Defendant hereby submits his status report on supervised release:

**Convicted of:** Theft of public money, in violation of 18 USC § 641
**Sentence Date:** March 5, 2015
**Review Hearing Date:** June 7, 2018
**Probation Expires On:** June 21, 2018

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $7,087.00 ($6,053 restitution; $1,000.00 fine, $25.00 special assessment)

☐ **Other Conditions:**

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $ 6,530.00
  ☒ If not paid in full when was last time payment:   Date: May 24, 2018
                                                       Amount: $400.00[1]

☐ Compliance with Other Conditions of Probation:.

---

[1] Ms. Morris informed defense counsel that she will be making a $400.00 payment this afternoon and plans to have the remaining balance paid off by May 31, 2018.
CAED (Fresno)- Misd. 6 (Rev. 11/2014)

<u>**GOVERNMENT POSITION:**</u>

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

                                           *//s// Michael Tierney*
                                           Michael Tierney
                                           Assistant United States Attorney

<u>*DEFENDANT'S REQUEST (OPTIONAL):*</u>

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 6/7/2018 at 10:00 a.m.

    ☒ be continued to  7/5/2018  at 10:00 a.m. with Ms. Morris's probation extended to 7/19/2018; or

    ☐ be vacated.

DATED: 5/25/2018                                    */s/ Andrew Wong*
                                                               DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for June 7, 2018 at 10:00 a.m. be continued to July 12, 2018 at 10:00 a.m. The defendant is ordered to appear and file a status report 1 week prior to the continued hearing. Based upon the request of defendant, her term of probation is hereby modified and extended pursuant to 18 U.S.C. § 3564(c), from June 21, 2018 to July 19, 2018.

☐ DENIED.

IT IS SO ORDERED.

Dated: **May 29, 2018**                                    
                                                                UNITED STATES MAGISTRATE JUDGE