# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-cr-00254-SAB |
| ) | |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON** |
| ) | **PROBATION** |
| CHERIE MORRIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on supervised release:

| | |
|---|---|
| **Convicted of:** | Theft of public money, in violation of 18 USC § 641 |
| **Sentence Date:** | March 5, 2015 |
| **Review Hearing Date:** | July 12, 2018 |
| **Probation Expires On:** | July 19, 2018 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $7,087.00 ($6,053 restitution; $1,000.00 fine, $25.00 special assessment)

☐ **Other Conditions:**

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $ 6,980.00
☒ If not paid in full when was last time payment:  Date: July 3, 2018
  Amount: $200.00[1]

☐ Compliance with Other Conditions of Probation:.

---

[1] Ms. Morris informed defense counsel that she will be making her final payment of $98.00 this afternoon.
CAED (Fresno)- Misd. 6 (Rev. 11/2014)

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

                                  */s/ Michael Tierney*
                                  Michael Tierney
                                  Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 7/12/2018 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.

    ☒ be vacated.

DATED: 7/10/2018                         */s/ Andrew Wong*
                                                    DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **July 10, 2018**                                    _____
                                                      UNITED STATES MAGISTRATE JUDGE